| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) JUSTICE, WILLIAM W | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 903 SAN JACINTO BLVD. CHAMBERS 316 AUSTIN, TX 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED
2005 MAY 16 P 3 38
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS
— income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. VAN ZA DT COUNTY | A | Rent | L | W | | | | | |
| 2. .016406 WORKING INTEREST - OIL AND GAS LEASE - ABERNATHY, TX | A | Royalty | J | W | | | | | |
| 3. , CASTLEBERRY SURVEY, RUSK COUNTY, TX | A | Royalty | J | W | | | | | |
| 4. .05 WORKING INTEREST, KNIGHTS OF TABOR LEASE 149D, G E CTY | B | Royalty | K | W | | | | | |
| 5. .000172 ROYALTY INTEREST-HEND (1/5 OF 3.434375/62.8 AC E ) | B | Royalty | J | W | | | | | |
| 6. OPELIKA GAS POOL 22 CROSS TIMBERS HENDE SON CO TX | D | Royalty | K | W | | | | | |
| 7. A. ANGLIN SURVEY, HENDERSON COUNTY, TX | A | Royalty | J | W | | | | | |
| 8. E. F. EDWARDS GAS UNIT - VAN ZANDTZ CO TX | A | Royalty | J | W | | | | | |
| 9. GUARANTY BANK, ACCT 1 | B | Interest | M | T | | | | | |
| 10. GUARANTY BANK, ACCT 2 | B | Interest | M | T | | | | | |
| 11. GUARANTY BANK, ACCT 3 | B | Interest | M | T | | | | | |
| 12. GUARANTY BANK, ACCT 4 | A | Interest | J | T | | | | | |
| 13. GUARANTY BANK, ACCT 5 | A | Interest | J | T | | | | | |
| 14. SMITH BARNEY MONEY MARKET ACCT. | A | Interest | K | T | | | | | |
| 15. WYLIE ISD BOND | B | Interest | K | T | | | | | |
| 16. PLANO TX ISD BOND | A | Interest | J | T | | | | | |
| 17. DALLAS TX ISD BOND | B | Interest | K | T | | | | | |
| 18. FROST BROKERAGE SERVICES #2 - MONEY MARKET | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | JUSTICE, WILLIAM W | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. COMMERCE BK GENEVA 1.35% | B | Interest | | | Liquidated | 6/30 | L | A | PART VIII |
| 20. FIRST BK HENRY CNTY, 1.25% | A | Interest | | | Liquidated | 6/18 | L | A | PART VIII |
| 21. FRONTIER ST BK OK, 1.25% | A | Interest | | | Liquidated | 6/25 | L | A | PART VIII |
| 22. UNITED SEC BK CALF, 1.25 % | B | Interest | | | Liquidated | 6/25 | L | A | PART VIII |
| 23. UNITY NAT'L BK, GA, 1.25% | B | Interest | | | Liquidated | 6/25 | L | A | PART VIII |
| 24. VILLAGE BK & TR ILL, 1.4% | B | Interest | | | Liquidated | 6/25 | L | A | PART VIII |
| 25. WELLS FARGO BANK, ACCT 1 | A | Interest | K | T | | | | | |
| 26. WELLS FARGO BANK, ACCT 2 | A | Interest | | | Liquidation | 12/01 | J | | PART VIII |
| 27. WELLS FARGO BANK, ACCT 3 | D | Interest | | | Liquidation | 12/01 | N | | PART VIII |
| 28. FIRST STATE BANK - ATHENS, TX, ACCT 1 | A | Interest | | | Liquidation | 11/10 | J | | PART VIII |
| 29. FIRST STATE BANK - ATHENS, TX, ACCT 2 | A | Interest | | | Liquidation | 11/10 | K | | PART VIII |
| 30. FIRST STATE BANK, ATHENS, TX, ACCT 3 | | None | | | Liquidation | 11/10 | J | | PART VIII |
| 31. FIRST STATE BANK - ATHENS, TX, ACCT 4 | | None | | | Liquidation | 11/10 | J | | PART VIII |
| 32. BANK OF AMERICA, ACCT 1 | A | Interest | | | Liquidation | 12/08 | J | | PART VIII |
| 33. BANK OF AMERICA, ACCT 2 | A | Interest | | | Liquidation | 12/08 | M | | PART VIII |
| 34. BANK OF AMERICA, ACCT 3 | A | Interest | | | Liquidation | 12/08 | M | | PART VIII |
| 35. BANK OF AMERICA, ACCT 4 | | None | | | Liquidation | 12/08 | M | | PART VIII |
| 36. FROST BROKERAGE SERVICE #1 MONEY FUNDS - PRIME FUND | A | Dividend | J | T | | | | | |



| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. FROST NATIONAL BANK ACCT 1 | A | Interest | M | T | | | | | |
| 38. FROST NATIONAL BANK ACCT 2 | A | Interest | L | T | | | | | |
| 39. ▮▮▮ TRUST, ▮▮▮ TRUSTEE, FROST NATIONAL BANK | A | Interest | | T | | | | | |
| 40. BANK OF AMERICA, ACCT 5 | B | Interest | | | Liquidation | 12/08 | M | | PART VIII |
| 41. BANK OF AMERICA, ACCT 6 | B | Interest | | | Liquidation | 12/08 | M | | PART VIII |
| 42. BANK OF AMERICA, ACCT 7 | B | Interest | | | Liquidation | 12/08 | M | | PART VIII |
| 43. GUARANTY BANK. ACCT 6 | A | Interest | J | T | | | | | |
| 44. J.P. MORGAN CHASE BANK | A | Interest | N | T | Buy | 12/8 | N | | PART VIII |
| 45. CHASE INVESTMENT SERVICES CORP | | | | | | | | | PART VIII |
| 46. CAPITAL ONE BK VA | A | Interest | L | T | Buy | 12/1 | L | | PART VIII |
| 47. DISCOVER BK DEL | A | Interest | L | T | Buy | 12/1 | L | | PART VIII |
| 48. FIRESIDE BK CALIF | A | Interest | L | T | Buy | 12/1 | L | | PART VIII |
| 49. UNITED CMNTY BKS GA | A | Interest | L | T | Buy | 12/1 | L | | PART VIII |
| 50. FROST BROKERAGE SERVICES #2 | | | | | | | | | PART VIII |
| 51. FROST BROKERAGE #2 -UNITED STATES TR ASURYN S | D | Interest | O | T | Buy | 6/25 | O | | PART VIII |
| 52. JW BASS GAS UNIT VAN ZANDT CO TX 0.009430800 ROYALTY INT (X) | A | Royalty | J | W | | | | | PART VIII |
| 53. FROST BROKERAGE SERVICES #1 - US TR ASURY NTS | A | Interest | M | T | Buy | 11/15 | M | | PART VIII |

1. Income/Gain Codes: (Se Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PART VII, PAGE 2, LINES 19 THROUGH 24 - THESE ACCOUNTS WERE LIQUIDATED AND THE MONEY WAS USED TO PURCHASE THE US TREASURY NTS ON PART VII, PAGE 3, LINE 53.

PART VII, PAGE 2, LINES 26 THROUGH 35 - THESE ACCOUNTS WERE LIQUIDATED AND THE MONEY WAS MOVED TO J.P. MORGAN CHASE BANK LINE 44, CHASE INVESTMENT SERVICES CORP. LINE 45 THROUGH 49, AND FROST BROKERAGE SERVICE #2 US TREASURY NOTE ON LINES 50 AND 51.

PART VII, PAGE 3, LINES 40 THROUGH 42 - THESE ACCOUNTS WERE LIQUIDATED AND THE MONEY WAS MOVED TO J.P. MORGAN CHASE BANK LINE 44, CHASE INVESTMENT SERVICES CORP. LINE 45 THROUGH 49, AND FROST BROKERAGE SERVICE #2 US TREASURY NOTE ON LINES 50 AND 51.

PART VII, PAGE 3, LINE 44 AND LINES 45 THROUGH 49 - THESE ACCOUNTS WERE OPENED WITH THE MONEY FROM THE LIQUIDATED ACCOUNTS ON PART VII, PAGE 2, LINES 26 THROUGH 35 AND PART VII, PAGE 3, LINES 40 THROUGH 42.

PART VII, PAGE 3, LINE 50 AND 51 - THIS ACCOUNT WAS OPENED WITH THE MONEY FROM THE LIQUIDATED ACCOUNTS ON PART VII, PAGE 2, LINES 26 THROUGH 35 AND PART VII, PAGE 3, LINES 40 THROUGH 42.

PART VII, PAGE 3, LINE 52 - THIS ACCOUNT, BECAUSE OF SMALL VALUE, WAS EXEMPT FROM REPORTING IN PRIOR PERIODS.

PART VII, PAGE 3, LINE 53 - THIS INVESTMENT WAS PURCHASED WITH THE MONEY FROM THE LIQUIDATION OF PART VII, PAGE 2, LINES 19 THROUGH 24.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 13, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544